**Motion GRANTED and Order filed March 28, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00248-CV

———————

## IN RE PRODIGY SERVICES, LLC, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-35849**

---

## ORDER

On March 28, 2014, relator Prodigy Services, LLC, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Wesley Ward, Judge of the 234th District Court, in Harris County, Texas, to dismiss the Office of the Attorney General from the underlying suit, set aside his order denying relator's motion to release liens, conclude discovery in the underlying

case, and set aside his order denying relator's motion to disburse settlement funds entered in trial court number 2012-35849, styled *Prodigy Services, LLC v. ENI US Operating Company, Inc.* Relator claims respondent abused his discretion by allowing the Office of the Attorney General to intervene in the underlying lawsuit, by reopening discovery, and refusing to disburse settlement funds to relator.

Relator has also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On March 28, 2014, relator asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's amended motion and issue the following order:

We **ORDER** the March 31, 2014 hearing on the motion to disburse funds and the motion to enforce the settlement in trial court cause number 2012-35849, *Prodigy Services, LLC v. ENI US Operating Company, Inc.*, **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

PER CURIAM